George B. Piggott, Esq, (SBN 68227)
A member of George B. Piggott, A Professional Corp.
2603 Main Street, Ninth Floor
Irvine, CA 92614-6232
Telephone: (949) 261-0500
Facsimile: (949) 261-1085
gbpapc@aol.com

Randall P. Mroczynski, Esq. (SBN 156784)
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1145
rmroczynski@cookseylaw.com

Attorneys for Appellant C.B. NANDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>C.B. NANDA<br><br>                        Appellant,<br><br>v.<br><br>SEAN TUCKER, et al.<br><br>                        Appellees. | Case No.: 8:17-cv-00430-JAK<br><br>**STIPULATION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** |

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Appellant C.B. NANDA (the "Appellant") and Appellees JEFFREY SUMNER CHILDS ("Childs"), JEFFREY I. GOLDEN, Chapter 7 Trustee (the "Trustee") and Creditors SEAN TUCKER and LESLIE TUCKER (the "Tuckers") which parties are collectively referred to herein as the "Parties", stipulate as follows:

## RECITALS

1.      On February 21, 2017, the United States Bankruptcy Court for the Central District of

1  California entered its "Order Approving the Sale and Transfer of Assets to Sean Tucker and Leslie Tucker" (the "Order") in the case styled <u>In re Jeffrey Sumner Childs</u>, United States Bankruptcy Court for the Central District of California, Case No. 8:12-bk-23047-MW.

2. On March 7, 2017 Appellant timely filed his Notice of Appeal of the Order (the "Appeal"), electing to have the Appeal heard by the United States District Court rather than the 9th Circuit Bankruptcy Appellate Panel.

3. The Parties agree that, pursuant to Federal Rule of Bankruptcy Procedure 8023, the Court should enter an order dismissing the Appeal in its entirety.

4. The Parties further agree that any order dismissing the appeal should direct that each party is to bear its own attorneys' fees and costs, if any.

## STIPULATION

**NOW, THEREFORE,** the Parties hereby stipulate that, subject to Court approval:

1. The Appeal shall be dismissed; and,
2. Each Party shall bear its own attorneys' fees and costs, if any.

Dated: March 30, 2017          COOKSEY TOOLEN GAGE DUFFY & WOOG

By: /s/ Randall P. Mroczynski
Randall P. Mroczynski, Esq.
Attorney for Appellant
C.B. NANDA

*Pursuant to Local Rule 5-4.3.4, the above-signed hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: March 30, 2017          PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ James I. Stang
James I. Stang, Esq.
Attorney for Creditors
SEAN TUCKER and LESLIE TUCKER

Dated: March 30, 2017          BAKER & HOSTETLER LLP

By: /s/ Ashley M. McDow
Ashley M. McDow, Esq.
Attorney for Chapter 7 Trustee
JEFFREY I. GOLDEN

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

03/29/2017 5:10 PM FAX Childs 9497151244 ☑ 0006/0006 p.3

03/29/2017 11:13 8008608880 AAAAAAAAAAAAA PAGE 04/04



1 Dated: March 29, 2017

By: _____
JEFFREY SUMNER CHILDS

COOKSEY, TOULEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

3

STIPULATION TO DISMISS APPEAL

22.16E3 3115353.1

**PROOF OF SERVICE**
C.C.P. §1013(a), C.R.C. 2003(3), 2005(i)

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 535 Anton Boulevard, Tenth Floor, Costa Mesa, California 92626-1977.

    On March 30, 2017, I served the foregoing document described as **STIPULATION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 535 Anton Boulevard, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐    **BY OVERNIGHT MAIL:** By depositing copies of the above document(s) in a box or other facility regularly maintained by FEDERAL EXPRESS, in an envelope or package designed by FEDERAL EXPRESS with delivery fees paid or provided for and sent to the person(s) named on the attached service list [C.C.P.§1013, 2015.5].

☐    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 30, 2017, at Costa Mesa, California.

*Dalin Suon*

33.1683   3115353.1

# SERVICE LIST

| Counsel of Record | Phone/Fax Nos. | Party |
|---|---|---|
| Jeffrey I Golden (TR)<br>Weiland Golden LLP<br>P.O. Box 2470<br>Costa Mesa, CA 92628-2470 | | Chapter 7 Trustee |
| Michael T Delaney, Esq.<br>Ashley M McDow, Esq.<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025 | | Attorneys for Chapter 7 Trustee |
| James I. Stang<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd 13th Floor<br>Los Angeles, CA 90067 | | Attorneys for Sean Tucker and Leslie Tucker |
| Jeffrey Sumner Childs<br>1354 Morningside Drive<br>Laguna Beach, CA 92651 | | Appellee |

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

33.1683   3115353.1