COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

USBC Central District of CA at Santa Ana Division,
8:12-bk-23047-MW

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>C.B. NANDA<br><br>                          Appellant,<br><br>v.<br><br>SEAN TUCKER, et al.<br><br>                          Appellees. | Case No.: 8:17-cv-00430-JAK<br><br>**ORDER GRANTING STIPULATION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023**<br><br>**JS-6** |

The Court, having reviewed and considered the "Stipulation to Dismiss Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8023" (the "Stipulation") filed by the Appellant C.B. NANDA (the "Appellant") and Appellees JEFFREY SUMNER CHILDS ("Childs"), JEFFREY I. GOLDEN, Chapter 7 Trustee (the "Trustee") and Creditors SEAN TUCKER and LESLIE TUCKER (the "Tuckers") and with good cause shown,

**IT IS SO ORDERED:**

1.    The Stipulation is approved;

2.    Appellant's Appeal from the "Order Approving the Sale and Transfer of Assets to Sean Tucker and Leslie Tucker" is dismissed; and,

1

ORDER ON STIPULATION TO DISMISS APPEAL

33.1683   3115384.1

3. The Parties will each bear their own attorneys' fees and costs, if any.

Dated: April 3, 2017

_____
THE HONORABLE JOHN A. KRONSTADT
United States District Judge

ORDER ON STIPULATION TO DISMISS APPEAL

33.1683   3115384.1